UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOEL ALONSO ALANIS-MEJIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-040 |
| § | |
| CAMERON COUNTY, TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## **ORDER**

In February 2023, Plaintiff Joel Alonso Alanis-Mejia filed this action against Defendants Raul Galarza, Mark A. Solis, and Cameron County, Texas under 42 U.S.C. § 1983, as a prisoner civil rights lawsuit. A month later, Defendants moved to dismiss all of Alanis-Mejia's causes of action under Federal Rules of Civil Procedure 12(b)(1) and (6). (Motion, Doc. 10)

A Magistrate Judge recommends that Defendants' Motion be denied because the Court possesses subject matter jurisdiction over Alanis-Mejia's claims, and Alanis-Mejia has stated a claim upon which relief can be granted. (R&R, Doc. 19) No party filed objections to the Report and Recommendation, and the Court finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 19). It is:

**ORDERED** that Defendants' Motion to Dismiss (Doc. 10) is **DENIED**.

Signed on June 21, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge