Case 1:23-cv-00040  Document 29  Filed on 12/20/23 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOEL ALONSO ALANIS-MEJIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-040 |
| | § | |
| CAMERON COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

In February 2023, Plaintiff Joel Alonso Alanis-Mejia filed this action against Defendants Raul Galarza, Mark A. Solis, and Cameron County, Texas under 42 U.S.C. § 1983. (Compl., Doc. 1) In July, Defendants filed an Answer to the Complaint and did not plead any counterclaims. (Answer, Doc. 24) The Parties have reached a settlement and now jointly move to dismiss Plaintiff's claims pursuant to Federal Rule of Civil Procedure 41. (Joint Mot., Doc. 28)

Rule 41(a)(1)(A)(ii) permits parties to dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. In addition, Rule 41(a)(2) permits a court to dismiss an action at the plaintiff's request. As the Parties have filed a motion rather than a notice of dismissal, the Court will consider the motion under Rule 41(a)(2). Accordingly, it is:

**ORDERED** that Parties' Joint Motion to Dismiss All Claims with Prejudice (Doc. 28) is **GRANTED**;

**ORDERED** that Plaintiff Joel Alonso Alanis-Mejia's causes of action against all Defendants are **DISMISSED WITH PREJUDICE**; and

**ORDERED** that each party shall bear its own attorney's fees and costs of court in this litigation, except as otherwise negotiated in accordance with the terms of the settlement agreement.

The Clerk of Court is directed to close this case.

Signed on December 20, 2023.

                                                    _____
                                                    Fernando Rodriguez, Jr.
                                                    United States District Judge